# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT WINCHESTER

| | |
|---|---|
| ANTYWAN SAVELY, | ) |
| Plaintiff, | ) |
| v. | ) No. 4:19-CV-007-CEA-CHS |
| BEDFORD COUNTY, | ) |
| Defendant. | ) |

## JUDGMENT ORDER

For the reasons set forth in the memorandum opinion filed herewith, Defendant Bedford County's Motion for Summary Judgment [Doc. 41] is **GRANTED** and this prisoner's *pro se* complaint for violation of 42 U.S.C. § 1983 is **DISMISSED WITHOUT PREJUDICE**. Because the Court **CERTIFIED** in the memorandum opinion that any appeal from this dismissal would not be taken in good faith, should Plaintiff file a notice of appeal, he is **DENIED** leave to appeal *in forma pauperis*. *See* 28 U.S.C. § 1915(a)(3); Fed. R. App. P. 24.

The Clerk is **DIRECTED** to close the file.

**SO ORDERED.**

/s/ *Charles E. Atchley Jr.*
**CHARLES E. ATCHLEY JR.**
**UNITED STATES DISTRICT JUDGE**

**ENTERED AS A JUDGMENT**

*/s/* **JOHN L. MEDEARIS**
**CLERK OF COURT**